# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Ryan Randall,<br><br>                    Plaintiff,<br><br>      v.<br><br>City of Las Vegas,<br><br>                    Defendant. | Case No. 2:24-cv-00366-GMN-DJA<br><br>**Report and Recommendation** |

On February 26, 2024, the Court noted that Plaintiff had filed a complaint without paying the filing fee or submitting an application to proceed *in forma pauperis*. (ECF No. 3). The Court gave Plaintiff until March 25, 2024, to file an application or the filing fee. It explained that "if Plaintiff does not file a fully complete application to proceed *in forma pauperis* or pay the full $405 filing fee for a civil action on or before March 25, 2024, the Court will recommend dismissal of this action." To date, Plaintiff has not filed anything further in this case.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice. The Clerk of Court is kindly directed to send this recommendation to Plaintiff.

# NOTICE

Pursuant to Local Rule IB 3-2 any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within (14) days after service of this Notice. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985), *reh'g denied*, 474 U.S. 1111 (1986). The Ninth Circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the

order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

DATED: May 23, 2024

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE